

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

**FILED**

**OCT 27 2021**

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA,

v.

JOSEPH SMITH,

Defendant.

Criminal Case No. 19-324 (BAH)

Chief Judge Beryl A. Howell

## VERDICT FORM

### COUNT ONE

**Production of Child Pornography, 18 U.S.C. § 2251(a)**

As to Count One, charging Joseph Smith with Production of Child Pornography between on or about May 1, 2016, and on or about April 19, 2017, the members of the jury find the defendant

_____ NOT GUILTY        ___✓___ GUILTY

### COUNT TWO

**Possession of Child Pornography, 18 U.S.C. § 2252(a)(4)(B)**

As to Count Two, charging Joseph Smith with Possession of Child Pornography between on or about May 1, 2016, and on or about April 19, 2017, the members of the jury find the defendant

_____ NOT GUILTY        ___✓___ GUILTY

### COUNT THREE

**Enticement of a Minor to Engage in Unlawful Sexual Activity, 18 U.S.C. § 2422(b)**

As to Count Three, charging Joseph Smith with Enticement of a Minor to Engage in Unlawful Sexual Activity between on or about May 1, 2016, and on or about April 19, 2017, the members of the jury find the defendant

_____ NOT GUILTY        ___✓___ GUILTY

1

## COUNT FOUR

**First Degree Child Sexual Abuse (with Aggravating Circumstances), 22 D.C. Code §§ 3008, 3020(a)(2)**

As to Count Four, charging Joseph Smith with First Degree Child Sexual Abuse in or about May 2016, the members of the jury find the defendant

_____ NOT GUILTY        __✓__ GUILTY

**Aggravating Circumstances:**

If you find Joseph Smith **guilty** on Count Four, do you unanimously find beyond a reasonable doubt that:

(a) A.S. was under the age of 18 at the time of the offense and Joseph Smith had a significant relationship to A.S., in that Joseph Smith was A.S.'s stepfather?

__✓__ YES        _____ NO

(b) A.S. was under the age of 18 at the time of the offense and Joseph Smith had a significant relationship to A.S., in that Joseph Smith was more than four years older than A.S. and residing either intermittently or permanently in the same house as A.S.?

__✓__ YES        _____ NO

## COUNT FIVE

**First Degree Child Sexual Abuse (with Aggravating Circumstances), 22 D.C. Code §§ 3008, 3020(a)(2)**

As to Count Five, charging Joseph Smith with First Degree Child Sexual Abuse between on or about May 1, 2016, and on or about April 19, 2017, the members of the jury find the defendant

_____ NOT GUILTY        __✓__ GUILTY

**Aggravating Circumstances:**

If you find Joseph Smith **guilty** on Count Five, do you unanimously find beyond a reasonable doubt that:

(a) A.S. was under the age of 18 at the time of the offense and Joseph Smith had a significant relationship to A.S., in that Joseph Smith was A.S.'s stepfather?

__✓__ YES        _____ NO

2

    (b) A.S. was under the age of 18 at the time of the offense and Joseph Smith had a significant relationship to A.S., in that Joseph Smith was more than four years older than A.S. and residing either intermittently or permanently in the same house as A.S.?

$$\underline{\quad\checkmark\quad}\text{ YES}\qquad\underline{\qquad}\text{ NO}$$

## COUNT SIX

**First Degree Child Sexual Abuse (with Aggravating Circumstances), 22 D.C. Code §§ 3008, 3020(a)(2)**

As to Count Six, charging Joseph Smith with First Degree Child Sexual Abuse between in or about August 2016, and on or about April 19, 2017, the members of the jury find the defendant

$$\underline{\qquad}\text{ NOT GUILTY}\qquad\underline{\quad\checkmark\quad}\text{ GUILTY}$$

**Aggravating Circumstances:**

If you find Joseph Smith **guilty** on Count Six, do you unanimously find beyond a reasonable doubt that:

    (a) A.S. was under the age of 18 at the time of the offense and Joseph Smith had a significant relationship to A.S., in that Joseph Smith was A.S.'s stepfather?

$$\underline{\quad\checkmark\quad}\text{ YES}\qquad\underline{\qquad}\text{ NO}$$

    (b) A.S. was under the age of 18 at the time of the offense and Joseph Smith had a significant relationship to A.S., in that Joseph Smith was more than four years older than A.S. and residing either intermittently or permanently in the same house as A.S.?

$$\underline{\quad\checkmark\quad}\text{ YES}\qquad\underline{\qquad}\text{ NO}$$

## COUNT SEVEN

**First Degree Sexual Abuse (with Aggravating Circumstances), 22 D.C. Code §§ 3002(a)(1), 3020(a)(2)**

As to Count Seven, charging Joseph Smith with First Degree Sexual Abuse between in or about August 2016, and on or about April 19, 2017, the members of the jury find the defendant

$$\underline{\qquad}\text{ NOT GUILTY}\qquad\underline{\quad\checkmark\quad}\text{ GUILTY}$$

**Aggravating Circumstances:**

If you find Joseph Smith **guilty** on Count Seven, do you unanimously find beyond a reasonable doubt that:

    (a) A.S. was under the age of 18 at the time of the offense and Joseph Smith had a significant relationship to A.S., in that Joseph Smith was A.S.'s stepfather?

$$\underline{\quad\checkmark\quad}\text{ YES}\qquad\underline{\qquad}\text{NO}$$

(b) A.S. was under the age of 18 at the time of the offense and Joseph Smith had a significant relationship to A.S., in that Joseph Smith was more than four years older than A.S. and residing either intermittently or permanently in the same house as A.S.?

_✓_ YES          _____NO

## COUNT EIGHT

**First Degree Child Sexual Abuse (with Aggravating Circumstances), 22 D.C. Code §§ 3008, 3020(a)(2)**

As to Count Eight, charging Joseph Smith with First Degree Child Sexual Abuse between in or about August 2016, and on or about April 19, 2017, the members of the jury find the defendant

_____ NOT GUILTY          _✓_ GUILTY

**Aggravating Circumstances:**

If you find Joseph Smith **guilty** on Count Eight, do you unanimously find beyond a reasonable doubt that:

(a) A.S. was under the age of 18 at the time of the offense and Joseph Smith had a significant relationship to A.S., in that Joseph Smith was A.S.'s stepfather?

_✓_ YES          _____NO

(b) A.S. was under the age of 18 at the time of the offense and Joseph Smith had a significant relationship to A.S., in that Joseph Smith was more than four years older than A.S. and residing either intermittently or permanently in the same house as A.S.?

_✓_ YES          _____NO

## COUNT NINE

**First Degree Sexual Abuse (with Aggravating Circumstances), 22 D.C. Code §§ 3002(a)(1), 3020(a)(2)**

As to Count Nine, charging Joseph Smith with First Degree Sexual Abuse between in or about August 2016, and on or about April 19, 2017, the members of the jury find the defendant

_____ NOT GUILTY          _✓_ GUILTY

4

**Aggravating Circumstances:**

If you find Joseph Smith **guilty** on Count Nine, do you unanimously find beyond a reasonable doubt that at the time of the offense:

    (a) A.S. was under the age of 18 at the time of the offense and Joseph Smith had a significant relationship to A.S., in that Joseph Smith was A.S.'s stepfather?

            ___✓___ YES          _____ NO

    (b) A.S. was under the age of 18 at the time of the offense and Joseph Smith had a significant relationship to A.S., in that Joseph Smith was more than four years older than A.S. and residing either intermittently or permanently in the same house as A.S.?

            ___✓___ YES          _____ NO

## COUNT TEN

**First Degree Child Sexual Abuse (with Aggravating Circumstances), 22 D.C. Code §§ 3008, 3020(a)(2)**

As to Count Ten, charging Joseph Smith with First Degree Child Sexual Abuse between in or about August 2016, and on or about April 19, 2017, the members of the jury find the defendant

         _____ NOT GUILTY      ___✓___ GUILTY

**Aggravating Circumstances:**

If you find Joseph Smith **guilty** on Count Ten, do you unanimously find beyond a reasonable doubt that:

    (a) A.S. was under the age of 18 at the time of the offense and Joseph Smith had a significant relationship to A.S., in that Joseph Smith was A.S.'s stepfather?

            ___✓___ YES          _____ NO

    (b) A.S. was under the age of 18 at the time of the offense and Joseph Smith had a significant relationship to A.S., in that Joseph Smith was more than four years older than A.S. and residing either intermittently or permanently in the same house as A.S.?

            ___✓___ YES          _____ NO

Dated: 10-27, 2021                                      JURY FOREPERSON


If you agree with the verdict as indicated by your jury foreperson, indicate your agreement by signing below.